UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
AVANZO, FRANK A § Case No. 12-19435
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____, and it was converted to chapter 7 on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Joseph A. Baldi_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG & WALLACE. LTD | | | | | |
| BALDI BERG & WALLACE. LTD | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| DAVID L DUBOIS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | U.S. SMALL BUSINESS ADMINISTRATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-19435 | Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | AVANZO, FRANK A | | Date Filed (f) or Converted (c): | 07/20/12 (c) |
| | | | 341(a) Meeting Date: | 08/23/12 |
| For Period Ending: | 12/03/13 | | Claims Bar Date: | 11/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family home | 178,400.00 | 108,000.00 | | 108,000.00 | FA |
| 8803 Beechnut Rd., Hickory Hills, IL--Debtor is beneficiary of land trust | | | | | |
| Trustee settled with Debtor, per court order 5/14/13, for sale of Estate's right, title and interest in the real property | | | | | |
| 2. CASH | 100.00 | 0.00 | | 0.00 | FA |
| 3. Brokerage accounts and mutual funds-Vanguard | 30,224.00 | 59,124.60 | | 59,124.60 | FA |
| jointly owned with non-filing spouse | | | | | |
| Trustee believed the joint ownership claimed by non-filing spouse was fraudulent transfered; Trustee and Debtor settled such that estate recovered nearly 60% of the value of the transferred interest in the brokerage account | | | | | |
| 4. Checking, Savings Accounts | 1,127.00 | 0.00 | | 0.00 | FA |
| Standard Bank | | | | | |
| 5. Checking, Savings Accounts | 5,100.00 | 0.00 | | 0.00 | FA |
| Charter One | | | | | |
| 6. HOUSEHOLD GOODS | 250.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 8. Insurance Policies | 8,100.00 | 0.00 | | 0.00 | FA |
| 9. Goss International 401k | 42,099.00 | 0.00 | | 0.00 | FA |
| 10. Primerica IRA | 553,609.00 | 0.00 | | 0.00 | FA |
| 11. Interest in L&M Trade Bindery LLC | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2000 Ford Crown Victoria | 2,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $821,259.00 | $167,124.60 | | $167,124.60 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

LFORM1

Ver: 17.03a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-19435    Judge: Pamela S. Hollis | Trustee Name:    Joseph A. Baldi |
| Case Name: | AVANZO, FRANK A | Date Filed (f) or Converted (c):    07/20/12 (c) |
| | | 341(a) Meeting Date:    08/23/12 |
| | | Claims Bar Date:    11/27/12 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pursuant to court order, Trustee sold equity in home back to Debtor; Trustee collected non-exempt proceeds from brokerage account; Trustee's accountant prepared estate tax returns; Trustee has reviewed claims; TFR filed; final hearing held and final distributions made.

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-19435 -PSH | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | AVANZO, FRANK A | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8415 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5751 | | |
| For Period Ending: | 12/03/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/25/12 | 3 | FRANK A AVANZO<br>8803 Beechnut Road<br>Hickory Hills, IL 60457-1217 | TURNOVER OF BANK FUNDS | 1129-000 | 47,124.60 | | 47,124.60 |
| 11/26/12 | 001001 | DAVID L DUBOIS<br>D.L. Dubois & Associates, Ltd.<br>9701 S 78th Avenue<br>Suite 201<br>Hickory Hills, IL 60457 | APPRAISER'S FEES<br>Fees alllowed per court order entered NOvember 20, 2012 | 3711-000 | | 400.00 | 46,724.60 |
| 02/07/13 | 001002 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>BOND # 016026455 | 2300-000 | | 37.70 | 46,686.90 |
| * 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-003 | 44.79 | | 46,731.69 |
| 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | | 44.79 | 46,686.90 |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee<br>Supposed to be a subtraction, not an addition ~JMM 4.10.13 | 2600-003 | -44.79 | | 46,642.11 |
| 04/22/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 49.53 | 46,592.58 |
| 05/06/13 | 1, 3 | FRANK A AVANZO | SETTLEMENT | | 120,000.00 | | 166,592.58 |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 17.03a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-19435 -PSH | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | AVANZO, FRANK A | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8415 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5751 | | |
| For Period Ending: | 12/03/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 8803 Beechnut Road<br>Hickory Hills, IL 60457-1217 | | | | | |
| | | FRANK AVANZO | Memo Amount: 12,000.00<br>TURNOVER OF BANK FUNDS-settlement | 1129-000 | | | |
| | | FRANK AVANZO | Memo Amount: 108,000.00<br>equity in residence-settlement | 1110-000 | | | |
| 05/22/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 47.90 | 166,544.68 |
| 06/09/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>The date of adjustment 6/9/13 actually occurred on 6/4/13 but TCMS will not allow us to back date it more than 30 days. Therefore, I used the 6/9/13 as the date of adjustment. ~JMM 7.9.13 | 2600-000 | | 152.17 | 166,392.51 |
| 07/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 170.97 | 166,221.54 |
| 10/02/13 | 001003 | Joseph A. Baldi, Trustee | Trustee Compensation | 2100-000 | | 11,606.23 | 154,615.31 |
| 10/02/13 | 001004 | Baldi Berg & Wallace, Ltd. | Attorney for Trustee Fees (Trustee | | | 4,874.82 | 149,740.49 |
| | | | Fees 4,841.00 | 3110-000 | | | |
| | | | Expenses 33.82 | 3120-000 | | | |
| 10/02/13 | 001005 | Popowcer Katten, Ltd. | Accountant for Trustee Fees (Other | 3410-000 | | 936.00 | 148,804.49 |
| 10/02/13 | 001006 | U.S. Small Business Administration<br>500 W. Madison Street<br>c/o Mary Cvengros<br>Chicago, IL 60661 | Claim 000001, Payment 16.91224% | 7100-000 | | 148,804.49 | 0.00 |

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-19435 -PSH | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | AVANZO, FRANK A | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8415  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5751 | | |
| For Period Ending: | 12/03/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Account *******8415 | Balance Forward | 0.00 | | | |
| | | | | 2 | Deposits | 167,124.60 | 6 | Checks | 166,659.24 |
| | | | | 0 | Interest Postings | 0.00 | 5 | Adjustments Out | 465.36 |
| Memo Allocation Receipts: | 120,000.00 | | | | | | 0 | Transfers Out | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | | | Subtotal | $ 167,124.60 | | | |
| | | | | | | | | Total | $ 167,124.60 |
| Memo Allocation Net: | 120,000.00 | | | 2 | Adjustments In | 0.00 | | | |
| | | | | 0 | Transfers In | 0.00 | | | |
| | | | | | Total | $ 167,124.60 | | | |